<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-7727

_____

EMORY ALVIN MICHAU, JR.,

                                    Petitioner - Appellant,

        versus

J. AL CANNON; STATE OF SOUTH CAROLINA; HENRY
MCMASTER,

                                    Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Sol Blatt, Jr., Senior District
Judge.  (CA-03-2527-6-08)

_____

Submitted:  March 30, 2005          Decided:  May 2, 2005

_____

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Emory Alvin Michau, Jr., Appellant Pro Se.  Donald John Zelenka,
Chief Deputy Attorney General, Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Emory Alvin Michau, Jr., a state prisoner, seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his petition filed under 28 U.S.C. § 2241 (2000) for failure to exhaust state court remedies. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of his constitutional claims is debatable or wrong and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Michau has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED